**FRESHFIELDS US LLP**
Madlyn Gleich Primoff, Esq.
madlyn.primoff@freshfields.com
Michael A. Sloman, Esq.
michael.sloman@freshfields.com
Faron E. Stalker, Esq.
faron.stalker@freshfields.com
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

*Attorneys for Jaguar Holdings LLC (In Liquidation)
and the Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FLEMING INTERMEDIATE HOLDINGS LLC (IN OFFICIAL LIQUIDATION),<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 26-12197 (PB)<br><br>(Joint Administration Requested) |
| In re:<br><br>JAGUAR HOLDINGS LLC (IN LIQUIDATION),<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 26-12561 (___)<br><br>(Joint Administration Requested) |

**STATEMENT OF AFFILIATION**

Charles Thresh of Teneo (Bermuda) Limited, on behalf of himself, Michael Morrison, and Mark Allitt, in their capacities as the joint liquidators ("JLs") and foreign representatives of Jaguar Holdings LLC (In Liquidation) ("Jaguar") and Charles Thresh and Eleanor Fisher (together with the JLs, the "Foreign Representatives"), in their capacities as the joint official liquidators and

foreign representatives of Fleming Intermediate Holdings LLC (In Official Liquidation) ("FIH" and together with Jaguar, the "Chapter 15 Debtors"), by their undersigned counsel, respectfully represent as follows.

FIH is a debtor in a Chapter 15 proceeding pending before the Honorable Judge Philip Bentley in the United States Bankruptcy Court for the Southern District of New York (the "Court"), *In re Fleming Intermediate Holdings LLC (In Official Liquidation)*, Case No. 26-12197, filed on September 14, 2026.

As set forth in the *Verified Petition for Recognition of Foreign Main Proceeding of Jaguar Holdings LLC (In Liquidation) Pursuant to 11 U.S.C. §§ 1515 and 1517 and for Related Relief Pursuant to 11 U.S.C. §§ 105(a), 1507(a), 1520 and 1521*, filed contemporaneously herewith, Jaguar is a wholly-owned subsidiary of FIH.

The JLs have filed a Chapter 15 petition seeking recognition of Jaguar's liquidation proceeding currently pending before the Supreme Court of Bermuda. Concurrently, the Foreign Representatives have filed the Foreign Representatives' Motion for Entry of an Order Directing Joint Administration of the Debtors' Chapter 15 Cases (the "Joint Administration Motion"), seeking joint administration of the Chapter 15 Debtors' cases for procedural purposes only in order to ease the administrative burden on the Court and interested parties.

Pursuant to Local Bankruptcy Rule 1073-1(b), "[c]ases involving debtors that are affiliates shall be assigned to the same Judge." As set forth above, FIH is the direct parent of Jaguar, and thus FIH directly owns 20 percent or more of Jaguar's outstanding voting securities. As such, the Chapter 15 Debtors are "affiliates" as such term is defined in section 101(2) of the Bankruptcy Code.

Accordingly, the Foreign Representatives respectfully request that Jaguar's Chapter 15 proceeding be assigned to the Honorable Judge Philip Bentley in order to minimize any disruptions in the case before entry of an order directing joint administration of the Chapter 15 Debtors' proceedings.

Dated: October 28, 2026
New York, New York

By: */s/ Madlyn Gleich Primoff*
Madlyn Gleich Primoff, Esq.
Michael A. Sloman, Esq.
Faron E. Stalker, Esq.
**FRESHFIELDS US LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
E-mail: madlyn.primoff@freshfields.com
michael.sloman@freshfields.com
faron.stalker@freshfields.com

*Attorneys for Jaguar Holdings LLC (In Liquidation) and the Foreign Representatives*